| | |
|---|---|
| JARED M. THOMPSON (SBN 261942) | |
| THE LAW OFFICES OF KYLE J. HUMPHREY | |
| 2211 17th Street | |
| Bakersfield, CA 93301 | |
| (661) 327-1360 (phone) | |
| (661) 327-2942 (facsimile) | |

Attorney for Defendant
DWAYNE GOTAY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00157-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DWAYNE GOTAY, | |
| Defendant. | |

The Defendant, DWAYNE GOTAY, by and through his attorneys of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Laura Withers, hereby stipulate as follows:

1. The status hearing in this matter is currently set for March 14, 2018 at 2:00 p.m.

2. Counsel for Defendant, Mr. Thompson, is still in the process of investigating the incident underlying the alleged violation of supervised release. There are possible witnesses to the incident that will be able to offer exculpatory evidence based on counsel's good-faith belief. Counsel is also in the process of corresponding with the defendant's state court attorney in order to determine potential resolutions. The defendant was charged in state court based on the same conduct that forms the basis of the alleged violation herein.

3. The defense is requesting that Mr. Gotay's status hearing be continued to April 11, 2018,

1

at 2:00 p.m. to investigate and prepare as outlined above.

4.    The United States has no objection to the requested continuance and the date selected.

**IT IS SO STIPULATED.**

DATED: Mar. 8, 2018                      By: /s/ Jared M. Thompson
                                                            Jared M. Thompson, Attorney for
                                                            Defendant, DWAYNE GOTAY

DATED: Mar. 8, 2018                      By: /s/ Laura Withers
                                                            Laura Withers
                                                            Attorney for Government
                                                            Assistant United States Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference in this action currently scheduled for March 14, 2018, is continued to April 11, 2018, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **March 9, 2018**                              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE