JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
DWAYNE GOTAY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DWAYNE GOTAY,<br><br>　　　　　Defendant. | Case No. 1:16-CR-00157-DAD<br><br><u>STIPULATION AND ORDER TO</u><br><u>CONTINUE STATUS CONFERENCE</u> |

　　　　The Defendant, DWAYNE GOTAY, by and through his attorneys of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Laura Withers, hereby stipulate as follows:

1.　　The status hearing in this matter is currently set for April 11, 2018 at 2:00 p.m.

2.　　Counsel for Defendant, Mr. Thompson, is currently engaged in jury trial in the matter of People v. Russell Higgins, Kern County Superior Court Case No. MF012020A. The Higgins trial is expected to last approximately three (3) weeks. Based on this estimate, it is anticipated that Mr. Thompson will be engaged in jury trial until April 26, 2018 (approximately). For this reason, he is unavailable to appear for the status hearing currently set.

3.　　The defense is requesting that Mr. Gotay's status hearing be continued to May 9, 2018, at 2:00 p.m.

4. The United States has no objection to the requested continuance and the date selected.

**IT IS SO STIPULATED.**

DATED: April 10, 2018                    By: /s/ Jared M. Thompson
                                         Jared M. Thompson, Attorney for
                                         Defendant, DWAYNE GOTAY

DATED: April 10, 2018                    By: /s/ Laura Withers
                                         Laura Withers
                                         Attorney for Government
                                         Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for April 11, 2018, is continued until May 9, 2018, at 2:00 p.m. on before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:  **April 10, 2018**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE