HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

FILED

JAN 08 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00157 DAD |
| Plaintiff, | APPLICATION AND [~~PROPOSED~~] |
| vs. | ORDER APPOINTING COUNSEL |
| DWAYNE ANTHONY GOTAY, JR., | |
| Defendant. | |

Defendant, Dwayne Anthony Gotay, Jr, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his Supervised Release.

Mr. Gotay submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. The case originated in the Southern District of California. On April 21, 2016 Mr. Gotay plead guilty to Violation 8 U.S.C. § 1324 (a)(1)(A)(ii), (v)(II), and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting. On July 18, 2016 Mr. Gotay was sentenced to 6 months custody, 3 year Supervised Release. Jurisdiction was transferred to the Eastern District of California on October 12, 2016.

Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Mr. Gotay.

DATED: January 7, 2020

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint Counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 8, 2020

HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE